UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-CR-80099-MIDDLEBROOKS/JOHNSON(s)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LANCE WEINBERG

    Defendant(s).
_____/



## ORDER FOR INTERLOCUTORY SALE OF REAL PROPERTIES

This matter is before the court on a Joint Motion for Interlocutory Sale of the property more fully described below. Accordingly, the Court having reviewed the file and being otherwise fully advised in the premises, the Court finds:

The property and owner is as follows:

> One parcel of real estate located at 6100 N.E. 7th Avenue #19, Boca Raton, Florida, and more particularly described as follows: Condominium Parcel 19, of SHERWOOD HOUSE APTS., a Condominium, according to the Declaration of Condominium thereof, recorded in Official Record Book 1520, Page 241, of the Public Records of Palm Beach County, Florida; together with all appurtenances and all amendments thereto; together with an undivided interest in the common elements as set forth in the Declaration of Condominium.

Owner: Lance Weinberg

2. The lienholder of record on this property is: Bank of New York, As trustee for the Certificate holder Cwalt Inc. Alternative Loan Trust.

3. The circumstances of this case are appropriate for interlocutory sale because the expenses of maintaining the property are becoming prohibitive, the physical state of the property is deteriorating, and sale of the property will promote settlement of all of the forfeiture matters in this action.

4. The estimated market value of the property is $247,500.

ORDERED AND ADJUDGED as follows:

1. The Joint Motion for Interlocutory Sale of the defendant property is hereby GRANTED.

2. The United States Secret Service is directed to proceed forthwith with the disposition of the above-listed properties according to law.

3. All parties to this action will execute and cause to be executed all documents deemed necessary to convey clear title to the defendant property.

4. The proceeds of sale shall be distributed pursuant to further order of this Court.

DONE AND ORDERED in Chambers in, West Palm Beach, Florida, this 6 day of April, 2008.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: AUSA Mark W. Lester
    United States Secret Service (2 certified copies)
    Jane Bond, Esq.
    Jay Steven Levine, Esq.

## SERVICE LIST

**U.S. v. LANCE WEINBERG**
**CASE NO.    06-80099-CR-MIDDLEBROOKS/Johnson(s)**


Mark W. Lester, AUSA
United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL  33401-6235
Phone: (561) 820-8711
Fax: (561)655-9785
[Service via CM/ECF]

Jane E. Bond, Esq.
Butler & Hosch
3185 S Conway Road
Suite E
Orlando, FL  32812
Phone: (407)381-5200
Fax: (407)381-5577
Counsel for Bank of New York
[Service via CM/ECF]

Jay Steven Levine, Esq.
2500 N. Military Trail
Boca Raton, FL  33431-6342
Phone: (561)999-9925
Fax: (561)999-9958
Counsel for S-H Apts., Inc.
[Service via CM/ECF]

United States Secret Service
10350 N.W. 112th Avenue
Miami, FL  33178
Phone: (305) 863-5277
Fax: (305) 863-5025
[Service via U.S. Mail]